| | |
|---|---|
| 1 | Tanya E. Moore, SBN 206683 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>E-mail: service@mission.legal |
| 5 | Attorney for Plaintiff,<br>Albert Dytch |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT DYTCH, | ) | No. 3:17-cv-05474-JCS |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | ) | |
| JONATHAN K. BELKHALFIA dba ABIGAIL CAFE AND DELI; SHM BALLENA ISLE, LLC; | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff Albert Dytch and Defendants, Jonathan K. Belkhalfia dba Abigail Cafe, and SHM Ballena Isle, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: April 6, 2018        MISSION LAW FIRM, A.P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Francisca Moralez

Dated: April 6, 2018        LAW OFFICE OF RICHARD H. POULSON

/s/ Richard H. Poulson
Richard H. Poulson
Attorney for Defendants,
Jonathan K. Belkhalfia dba Abigail Cafe

Dated: April 11, 2018       GORDON REES SCULLY
                            MANSUKHANI, LLP

Dated: April 9, 2019        /s/ Michael A. Dubin
                            Michael A. Dubin
                            Michael D. Bruno
                            Attorneys for Defendant,
                            SHM Ballena Isle, LLC

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA